UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cr-00222-JMS-TAB |
| ) | |
| RICHARD BERNARD GRUNDY, III (12) ) | |
| a/k/a WHITE BOY, ) | |
| Defendant. ) | |

## MINUTE ENTRY

On July 22, 2019, the Court held a hearing regarding Defendant Richard Grundy, III's Request to Represent Himself. [Filing No. 815.] Mr. Grundy was present in person and by counsel Kenneth Riggins. The Government was present by counsel Bradley Blackington and Lindsay Karwoski, and by investigative agent Kerry Inglis. The Court Reporter was Jean Knepley.

Mr. Grundy was sworn and the Court conducted a colloquy with him pursuant to *Faretta v. California*, 422 U.S. 806 (1975). At the conclusion of the colloquy, Mr. Grundy withdrew his Request to Represent Himself. [Filing No. 815.]

The Court **ORDERS** the United States Marshal to ensure that Mr. Grundy is able to contact his counsel, and to ensure that Mr. Grundy is able to engage in proper hygiene prior to the first day of trial. The Court also **DIRECTS** the Clerk to **UNSEAL** Mr. Grundy's Request to Represent Himself, [Filing No. 815], and the Court's Orders related to the Request, [Filing No. 816; Filing No. 819].

Date: 7/22/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**<u>Distribution via ECF only to all counsel of record</u>**